# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRE M. ADAMS,** | : | |
|     **Petitioner** | : | |
| | : | **No. 1:19-cv-1455** |
| v. | : | |
| | : | **(Judge Kane)** |
| **SUPERINTENDENT** | : | |
| **SCI HUNTINGDON, et al.,** | : | |
|     **Respondents** | : | |

## ORDER

**AND NOW**, on this 27th day of April 2020, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT**:

1. Respondents' motion to dismiss (Doc. No. 10) is **DENIED**;

2. Respondents are directed to file a response regarding the merits of Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) within twenty-one (21) days of the date of this Order. Respondents' answer must include copies of any relevant transcripts as well as copies of any briefs and opinions relating to Petitioner's conviction and sentence from Petitioner's state court criminal and post-conviction proceedings. See Rule 5, 28 U.S.C. foll. § 2254; and

3. Petitioner shall, if he so desires, file a reply to Respondents' answer within fourteen (14) days after its filing. See Rule 5(e), 28 U.S.C. foll. § 2254.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania