IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDRE M. ADAMS,** : | |
|     **Petitioner** : | |
| : | No. 1:19-cv-01455 |
| v. : | |
| : | (Judge Kane) |
| **SUPERINTENDENT** : | |
| **SCI HUNTINGDON, et al.,** : | |
|     **Respondents** : | |

**ORDER**

**AND NOW**, on this 21st day of October 2020, in accordance with the Memorandum filed concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania